# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ALEKSANDR LEBEDEV,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **KRISTI NOEM, U.S. SECRETARY OF** | § | |
| **HOMELAND SECURITY; PAMELA** | § | |
| **BONDI, ATTORNEY GENERAL OF** | § | **No.  3:26-CV-00569-LS** |
| **THE UNITED STATES; WARDEN,** | § | |
| **OPERATOR OF THE PASO ERO** | § | |
| **CAMP EAST MONTANA; TODD M.** | § | |
| **LYONS, ACTING DIRECTOR U.S.** | § | |
| **CUSTOMS AND IMMIGRATION** | § | |
| **ENFORCEMENT; AND MARY DE** | § | |
| **ANDA-YBARRA, EL PASO ICE** | § | |
| **FIELD OFFICE DIRECTOR,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Motion to Dismiss,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 22, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 5.